BNDEGT,INTERPRETER

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: 1:22−mj−02246−EGT−2

Case title: USA v. Reyes Quinonez et al

Date Filed: 02/17/2022

Date Terminated: 02/23/2022

Assigned to: Ch. Magistrate Judge Edwin G. Torres

**Defendant (2)**

**Wilser Marquinez Araujo**
02792−506
*YOB: 1973; Spanish*
*TERMINATED: 02/23/2022*

represented by **Ana M. Davide**
Ana M. Davide, P.A.
Ana M. Davide, P.A.
420 South Dixie Highway
Suite 4b
Coral Gables, FL 33146
305−854−6100
Fax: 305−854−6197
Email: ana@anadavidelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 46:U.S.C.§70503(a)and 70506(a)and(b)CONSPIRACY WITH INTENT TO DISTRIBUTE FIVE (5) KILOGRAMS OR MORE OF COCAINE WHILE ON BOARD A | |

VESSEL SUBJECT TO THE JURISDICTION OF THE UNITED STATES, AND POSSESSION WITH INTENT TO DISTRIBUTE FIVE (5)KILOGRAMS OR MORE OF COCAINE, WHILE ON BOARD A VESSEL SUBJECT TO THE JURISDICTION OF THE UNITED STATES

**Plaintiff**

| USA | | represented by | **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 02/17/2022 | 1 | | Magistrate Removal of Indictment and Arrest Warrant from MIDDLE DISTRICT OF FLORIDA (TAMPA DIVISION) Case number in the other District 8:22−CR−00040−WFJ−SPF as to Nelson Samuel Reyes Quinonez (1), Wilser Marquinez Araujo (2), Luis Carlos Quinones Arroyo (3). (at) (Entered: 02/17/2022) |
| 02/18/2022 | 3 | | Minute Order for proceedings held before Ch. Magistrate Judge Edwin G. Torres: Initial Appearance as to Wilser Marquinez Araujo held on 2/18/2022. Bond recommendation/set: Wilser Marquinez Araujo (2) $250,000 Corporate Surety with Nebbia with the right to revisit (No HEARING HELD).Date of Location Custody (Arrest or Surrender): 2/16/2022. Removal Hearing set for 2/23/2022 10:00 AM in Miami Division before MIA Duty Magistrate. Spanish Interpreter present. Attorney added: Ana M. Davide for Wilser Marquinez Araujo for **REMOVAL/RULE 5 to another District** CJA representation. Date attorney was appointed CJA: 2/18/2022. (Digital 14:41:51) Signed by Ch. Magistrate Judge Edwin G. Torres on 2/18/2022. (fbn) (Entered: 02/22/2022) |
| 02/23/2022 | 7 | | Minute for proceedings held before Magistrate Judge Chris M. McAliley: Status Removal hearing as to Wilser Marquinez Araujo held on 2/23/2022. Def filed a waiver of removal. Def ordered committed to MD/FL. Spanish Interpreter present. (Digital 10:53:52)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence− that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse |

2

| | | | |
|---|---|---|---|
| | | | jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. (Signed by Magistrate Judge Chris M. McAliley on 2/23/2022). (at) (Entered: 02/24/2022) |
| 02/23/2022 | 9 | | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Wilser Marquinez Araujo (at) (Entered: 02/24/2022) |
| 02/23/2022 | 11 | | COMMITMENT TO ANOTHER DISTRICT as to Wilser Marquinez Araujo. Defendant committed to MIDDLE DISTRICT OF FLORIDA.. Closing Case for Defendant. (Signed by Magistrate Judge Chris M. McAliley on 2/23/2022). *(See attached document for full details).* (at) (Entered: 02/24/2022) |

# MINUTE ORDER

Page 11

# Chief Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5  Date: 2/18/2022  Time: 2:00 p.m.

Defendant: 2)WILSER MARQUINEZ ARAUJO  J#: 02792-506  Case #: 22-MJ-2246-TORRES

AUSA: Frank Tamen  Attorney:

Violation: Warr/MDFL/Indictment/Consp to PWID 5 kilo or more of cocaine while on board a vessel subject to the jurisdiction U.S.

Surr/Arrest Date: 2/16/2022  YOB: 1973

Proceeding: Initial Appearance  CJA Appt: Ana Davide

Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond:

Bond Set: $250,000 corporate surety with nebbia  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant sworn – **CJA APPOINTED**
The parties STIPULATE to bond with the right to revisit – NO HEARING HELD

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:

Report RE Counsel:
PTD/Bond Hearing:
*Removal:*  2/23/22  10:00  Miami Duty
Status Conference RE:
D.A.R. 14:41:51  Time in Court: 2

s/Edwin G. Torres  Chief Magistrate Judge

12

# COURT MINUTES

Page 15

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 2/23/2022    Time: 10:00 a.m.

Defendant: 2) Wilser Marquinez Araujo    J#: 02792-506    Case #: 22-2246-MJ-Torres-2

AUSA: Elena Smukler     Attorney: Ana Davide (CJA) ✓

Violation: Warr/MDFL/Indictment/Conspiracy to PWID 5 kilo or more of cocaine while on board a vessel subject to the jurisdiction U.S.

Proceeding: Removal Hearing     CJA Appt: _____

Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: _____

Bond Set at: 250k CSB w/nebbia    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
Brady Order not previously given.
- Def filed a waiver of Removal
- Def ~~filed~~ ordered committed to MD/Fl

Brady Order given.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 10:53:52     Time in Court: 3 mins

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 22-2248-TORRES

United States of America
    Plaintiff,
v.

Wilson Marquinez Araujo
Defendant.

Charging District's Case No.   .

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **MIDDLE DISTRICT OF FLORIDA.**

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)     an identity hearing to determine whether I am the person named in the charges;
(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)     a hearing on any motion by the government for detention;
(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[✓] An identity hearing and production of the warrant.
[ ] A preliminary hearing.
[ ] A detention hearing in the Southern District of Florida.
[ ] An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Wilson Marquinez
_____
Defendant's Signature

Date: 2/22/22

Chris McAliley
_____
CHRIS MCALILEY
United States Magistrate Judge

14

United States District Court
Southern District of Florida
Case No. 22-MJ-2246-TORRES-2

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 8:22-CR-00040-WFJ-SPF

WILSER MARQUINEZ ARAUJO,
(USM# 02792-506)
_____/

COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Middle District of Florida.

_____ was appointed to represent Defendant for proceedings in this District.

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 2/23/2022.

_____
Chris M. McAliley
United States Magistrate Judge

15